# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br>Plaintiff,<br>v.<br>J. MARSH #018609 CALIFORNIA HIGHWAY PATROL,<br>Defendant. | Case No. 1:19-cv-0309-LJO-SKO<br><br>**SCREENING ORDER AUTHORIZING SERVICE OF COMPLAINT AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**<br><br>**(Doc. 1)**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Ahkeem Williams, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 7, 2019. Plaintiff alleges that California Highway Patrol Officer J. Marsh arrested him for driving a motor vehicle under the influence of alcohol and/or a drug without probable cause in violation of his rights under the Fourth Amendment to the United States Constitution.

The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and finds that it states a cognizable Fourth Amendment claim for damages against the defendant.[1] Fed. R. Civ. P. 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007); *Arpin v. Santa Clara Valley Transp. Agency*, 261 F.3d 912, 924–25 (9th Cir. 2001).

///

---

[1] The Fourth Amendment prohibits arrests without probable cause or other justification and provides: "The right of the people to be secure in their persons . . . against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing . . . the persons or things to be seized." U.S. Constitution, amend. IV. A claim for unlawful arrest is cognizable when the arrest is alleged to have been made without probable cause. *Dubner v. City & Cty. of San Francisco*, 266 F.3d 959, 964 (9th Cir. 2001).

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendant:

   **Officer J. Marsh #018609, California Highway Patrol**

2. The Clerk of Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint, filed on March 7, 2019.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

   a. Completed summons for the defendant listed above;

   b. One completed USM-285 form for the defendant listed above; and

   c. Two (2) copies of the endorsed complaint filed on March 7, 2019.

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. **The failure to comply with this order will result in a recommendation to the assigned district judge that this action be dismissed**.

IT IS SO ORDERED.

Dated: **March 26, 2019**     /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE