# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MARSH #018609 CALIFORNIA HIGHWAY PATROL,<br><br>    Defendant. | **Case No. 1:19-cv-00309-LJO-SKO**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO REMOVE HIS ADDRESS FROM THE INTERNET**<br><br>**(Doc. 9)** |

The Court is in receipt of Plaintiff's motion requesting the Court "take [his] address of [sic] line" because Plaintiff "just [does not] want people to have access to [his] address online." (Doc. 9.) Local Rule 131(a) requires all documents filed on the Court's docket to include the name, address, and telephone number of counsel, including a party appearing pro se (as Plaintiff is in this case). Further, there is a general presumption that all documents filed on this Court's docket are open to the public. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003) ("In this circuit, we start with a strong presumption in favor of access to court records.").

As Plaintiff has decided to pursue this case in federal court and appear without counsel, he must comply with the Local Rules, the Federal Rules of Civil Procedure, and all other applicable authorities. E.D. Cal. L.R. 183(a). Based on the foregoing and in view of Plaintiff's request to remove his address from the internet without any supporting authority, Plaintiff's motion (Doc. 9), is DENIED.

IT IS SO ORDERED.

Dated: **April 19, 2019**                /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE