# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br>    Plaintiff,<br>v.<br>J. MARSH #018609 CALIFORNIA HIGHWAY PATROL,<br>    Defendant. | **Case No. 1:19-cv-00309-LJO-SKO**<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RELIEF**<br><br>**(Doc. 33)** |

The Court is in receipt of Plaintiff's motion requesting the Court order: (1) Defendant to "stop sending legal mail to the civil division of Kings County"; (2) Kings County Jail employees to stop opening his legal mail; and (3) Kings County Jail employees to help Plaintiff "with copies to litigate this case." (Doc. 33 at 1.)

With respect to Plaintiff's request that the Court order Defendant to "stop sending legal mail to the civil division of Kings County," Plaintiff appears to allege that Defendant has sent mail to him at the Kings County Sheriff's Office address of "1444 W. Lacey Blvd., Hanford, California 93232." (Doc. 33 at 2.) Plaintiff states that is not his address and his address is instead "P.O. Box 1699, Hanford, California 93230." (*Id.* at 1.) The Court notes that "P.O. Box 1699, Hanford, California 93230" is also Plaintiff's address listed on the docket. Upon review of all Defendant's filings in this case, each one of them includes a certificate of service that states Defendant mailed the filing to Plaintiff at the address listed on the docket, "P.O. Box 1699, Hanford, California 93230." (*See* Doc. 30 at 3; Doc. 21 at 12; Doc. 13 at 7.) Thus, this request is DENIED AS MOOT.

As to Plaintiff's allegations regarding the handling of his mail by Kings County Jail employees, and the Kings County Jail's policy regarding making copies of documents, Plaintiff may

file a separate action regarding those allegations, but those claims bear no relationship to the § 1983 civil rights claims in this case, and will therefore not be considered in the context of this lawsuit.[1] Finally, the allegations regarding mailing and copies do not request proper relief that may be granted in connection with this case. As such, those requests will be DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  **October 23, 2019**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously explained to Plaintiff that complaints regarding the handling of his mail at Kings County Jail will not be addressed in the context of this case. (*See* Doc. 20.)