IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AHKEEM WILLIAMS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. MARSH, CALIFORNIA HIGHWAY PATROL,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:19-cv-00309-LJO-SKO<br><br>**ORDER GRANTING DEFENDANT MARSH'S FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**<br><br>**(Doc. 37)** |

The Court has considered Defendant Marsh's request for a fourteen-day extension of time to respond to Plaintiff's interrogatories, requests for admissions, and requests for production, and finding good cause for the request and a lack of prejudice to Plaintiff,

**HEREBY ORDERS** that Defendant Marsh has until November 27, 2019, to respond to Plaintiff's discovery requests.

IT IS SO ORDERED.

Dated:　**November 13, 2019**　　　　　　　　　／s/ *Sheila K. Oberto*　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE