# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AHKEEM DESHAVIER WILLIAMS**,<br><br>    Plaintiff,<br><br>vs.<br><br>**J. MARSH**, #018609, California Highway Patrol<br><br>    Defendant.<br>_____/ | Case No. 1:19-cv-00309-LJO-SKO<br><br>**ORDER GRANTING IN PART THE PARTIES' STIPULATED REQUEST**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>(Doc. 40) |

**ORDER**

The Court entered a scheduling order on July 17, 2019, (Doc. 25), setting the non-expert discovery deadline for December 20, 2019, the dispositive motions filing deadline for March 2, 2020, and a trial date of August 4, 2020. (Doc. 25.)

On December 31, 2019, the parties filed a stipulation requesting that the Court extend the deadlines for non-expert discovery, expert discovery, and non-dispositive and dispositive motions, by approximately 45 days. (Doc. 40.) The parties request that the Court keep the pretrial conference

date and the August 4, 2020 trial date the same.[1] (*See id.* at 1.)

In the parties' stipulation, they include a detailed explanation regarding why they were unable to meet the previous deadlines. (*See id.* at 2–3.) Specifically, the parties represent that Plaintiff served a second set of interrogatories on December 8, 2019, to which Defendant is currently preparing responses; Plaintiff intends to retain expert witnesses and needs additional time to do so; and certain delays have occurred due in part to Plaintiff's incarceration and Defendant's counsel's litigation schedule. (*See id.*) Thus, the parties represent they need more time to complete discovery and retain experts. (*Id.* at 3.)

The Court finds good cause under Rule 16(b)(4) of the Federal Rules of Civil Procedure to extend the requested deadlines in the scheduling order to accommodate the parties' request, but will also continue the pretrial conference and trial dates, to give the Court sufficient time to rule on dispositive motions.

Finally, the Court notes that the parties filed the stipulation untimely as to the request to extend the non-expert discovery deadline—which passed on December 20, 2019. The request is timely as to all other deadlines, however. The Court finds excusable neglect under Rule 6(b) and will allow the untimely request, due to Plaintiff's pro se and incarcerated status and because the parties appear to have worked diligently to complete discovery. (*See* Doc. 40 at 3.) **The parties are ADMONISHED that all future requests shall be made in advance of the deadline, and any future untimely requests may be denied on that basis.**

Accordingly, for good cause shown, the Court MODIFIES the scheduling order dates[2] as follows:

---

[1] The parties do not request that the Court continue the March 10, 2020 settlement conference date, and that date will remain unchanged. (*See* Doc. 31.) The parties may later request a continuance of the settlement conference date, if necessary.

[2] The Court also adjusts certain of the parties' proposed dates to conform to the Court's scheduling preferences.

2

1. Non-expert discovery deadline is EXTENDED to February 4, 2020;
2. Expert disclosures deadline is EXTENDED to February 18, 2020;
3. Rebuttal expert disclosures deadline is EXTENDED to March 3, 2020;
4. Expert discovery deadline is EXTENDED to April 3, 2020;
5. Non-dispositive motions filing deadline is EXTENDED to April 16, 2020;
6. Non-dispositive motions hearing deadline is EXTENDED to May 20, 2020;
7. Dispositive motions filing deadline is EXTENDED to April 16, 2020;
8. Dispositive motions hearing deadline is EXTENDED to June 3, 2020;
9. Pretrial conference date is CONTINUED to July 30, 2020; and
10. Trial date is CONTINUED to September 29, 2020.

IT IS SO ORDERED.

Dated: **January 3, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE