# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AHKEEM DESHAVIER WILLIAMS**, | Case No. 1:19-cv-00309-NONE-SKO |
| Plaintiff, | **ORDER GRANTING IN PART THE PARTIES' STIPULATED REQUEST** |
| vs. | **ORDER MODIFYING SCHEDULING ORDER** |
| **J. MARSH**, #018609, California Highway Patrol | (Doc. 47) |
| Defendant. | |
| _____/ | |

## ORDER

The Court entered a scheduling order in this case on July 17, 2019, setting the expert disclosures deadline for January 3, 2020, the expert discovery deadline for February 18, 2020, the dispositive motions filing deadline for March 2, 2020, and a trial date of August 4, 2020. (Doc. 25.)

On January 3, 2020, at the parties' request, the Court extended the scheduling order deadlines and, in relevant part, continued the expert disclosures deadline to February 18, 2020, the expert discovery deadline to April 3, 2020, the dispositive motions deadline to April 16, 2020, and the trial date to September 29, 2020. (Doc. 41; *see* Doc. 40.)

On February 6, 2020, the parties filed a stipulation requesting that the Court extend the expert disclosures, rebuttal expert disclosures, expert discovery, and non-dispositive and dispositive motions deadlines by approximately 14 days. (Doc. 47 at 3.) The parties request that the Court keep the pretrial conference date and the September 29, 2020 trial date the same.[1] (*See id.* at 1.)

In their stipulation, the parties explain that although they have diligently pursued discovery in this case, they require more time to complete expert discovery. (*Id.* at 2.) Specifically, after Plaintiff's deposition on December 16, 2019, Defendant retained an additional expert, who "stated that he required additional time to review several records in this case as well as Plaintiff's deposition testimony." (*Id.*) Plaintiff also "is still attempting to retain expert witnesses and will also require additional time." (*Id.*) Thus, the parties agreed to request extensions of the existing case schedule. (*Id.*)

The Court finds good cause under Rule 16(b)(4) of the Federal Rules of Civil Procedure to extend the requested deadlines in the scheduling order to accommodate the parties' request, but will also continue the pretrial conference and trial dates, to give the Court sufficient time to rule on dispositive motions.

Accordingly, for good cause shown, the Court MODIFIES the scheduling order dates[2] as follows:

1. The expert disclosures deadline is EXTENDED to March 3, 2020;

2. The rebuttal expert disclosures deadline is EXTENDED to March 17, 2020;

3. The expert discovery deadline is EXTENDED to April 16, 2020;

4. The non-dispositive motions filing deadline is EXTENDED to April 30, 2020;

5. The non-dispositive motions hearing deadline is EXTENDED to June 3, 2020;

---

[1] The Court previously set a telephonic conference for February 12, 2020, at 10:30 a.m., to discuss Defendant's "Request to Opt-Out" of the March 10, 2020 settlement conference. (*See* Doc. 44.) That date, the pre-settlement conference date, and the settlement conference date remain unchanged.

[2] The Court adjusts certain of the parties' proposed dates to conform to the Court's scheduling preferences.

6. The dispositive motions filing deadline is EXTENDED to April 30, 2020;

7. The dispositive motions hearing deadline is EXTENDED to June 16, 2020;

8. The pretrial conference date is CONTINUED to August 31, 2020; and

9. The trial date is CONTINUED to October 27, 2020.

IT IS SO ORDERED.

Dated: **February 7, 2020**             /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE