# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MARSH, #018609, California Highway Patrol,<br><br>        Defendant.<br>_____/ | Case No.  1:19-cv-00309-NONE-SKO<br><br>**ORDER GRANTING IN PART JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND MODIFY SCHEDULING ORDER**<br><br>(Doc. 72) |

   This case is currently set for a settlement conference on August 27, 2020, pretrial conference on August 31, 2020, and trial on October 27, 2020.  The Court previously set a brief telephonic pre-settlement conference for August 19, 2020.  (*See* Doc. 71.)

   On August 11, 2020, the parties filed a "Joint Stipulation to Continue Settlement Conference and Modify Court's . . . Scheduling Order[.]"  (Doc. 72.)  The parties state that a continuance of the settlement conference, pretrial conference and trial dates is necessary because Defendant has pending motions to declare Plaintiff a vexatious litigant and for summary judgment, and due to the coronavirus (COVID-19) pandemic and associated restrictions and delays.  (*Id.* at 1–3.)  The parties propose that the scheduling conference be continued to January 15, 2021, the pretrial conference be continued to February 15, 2021, and the trial date be continued to March 15, 2021.  (*Id.* at 3.)

The Court finds good cause to continue the dates, but must continue the trial date further than requested, to allow sufficient time between the pretrial conference and trial dates. The Court will also adjust the dates to conform to the Court's scheduling preferences and to avoid federal holidays, including the date of February 15, 2021. Accordingly, IT IS HEREBY ORDERED:

1. The settlement conference date is CONTINUED to **January 14, 2021, at 10:30 A.M.** The parties shall submit confidential settlement conference statements by no later than **December 28, 2020.** The Court will hold a brief telephonic conference prior to the settlement conference on January 6, 2021, at 4:00 p.m. (dial-in number: 1-888-557-8511; passcode 6208204#). The currently scheduled August 19, 2020 pre-settlement telephonic conference is VACATED.

2. The pretrial conference date is CONTINUED to **February 22, 2021, at 3:30 P.M.**

3. The trial date is CONTINUED to **May 11, 2021, at 8:30 A.M.**

IT IS SO ORDERED.

Dated:   **August 12, 2020**                              /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

2